Official Form 3
(12/03)

# United States Bankruptcy Court
## Northern District of Illinois

In re   Imelda R. Pante

Debtor(s)

Case No.   05-35201
Chapter   13

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1. In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the Filing Fee amounting to $ 194.00 in installments.

2. I certify that I am unable to pay the Filing Fee except in installments.

3. I further certify that I have not paid any money or transferred any property to an attorney for services in connection with this case and that I will neither make any payment nor transfer any property for services in connection with this case until the filing fee is paid in full.

4. I propose the following terms for the payment of the Filing Fee.*

   $   20.00   Check one .   ☐ With the filing of the petition, or
                             ■ On or before   9/02/05

   $   58.00   on or before   10/02/05

   $   58.00   on or before   11/02/05

   $   58.00   on or before   12/02/05

* The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5. I understand that if I fail to pay any installment when due my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

Date   September 2, 2005

Signature   /s/ Imelda R. Pante
            Imelda R. Pante
            Debtor

/s/ Miriam Hallbauer
Attorney for Debtor(s)
Miriam Hallbauer
Legal Assistance Foundation of
Metropolitan Chicago
111 W. Jackson Blvd
Chicago, IL 60604
312-341-1070
Fax: 312-341-1041

## ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor shall not pay any money for services in connection with this case, and the debtor shall not relinquish any property as payment for services in connection with this case.

BY THE COURT

Date

_UNITED STATES BANKRUPTCY JUDGE_

Software Copyright (c) 1996-2004 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy