**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN THE MATTER OF | IN PROCEEDINGS UNDER CHAPTER 13 |
| IMELDA R. PANTE, | |
| | NO. 05-35201 |
| DEBTOR | JUDGE: Schmetterer, |

**NOTICE OF OUTSTANDING PAYMENT OBLIGATIONS**

**Notified via Electronic Filing**
U.S. Trustee , 227 W Monroe, Ste 3350, Chicago, IL 60606
Tom Vaughn,, 200 S. Michigan, Ste 1300, Chicago, IL 60604
Miriam V. Hallbauer, Legal Assistance Foundation, 111 West Jackson Blvd, Suite 300, Chicago, IL 60604
**Notified via US Postal Service**
Imelda R. Pante, 3420 North Lakeshore Drive, Unit 19K, Chicago, IL 60657

NOW Comes Wilshire Credit Corporation as servicer for Wells Fargo Bank, N.A., as Trustee for the MLMI Trust Series 2004-HE2 ("Creditor"), and pursuant to the February 5, 2007 letter from the Chapter 13 Trustee, Tom Vaughn providing notice to Wilshire Credit Corporation that the trustee has completed payment of all pre-petition obligations and requiring the Creditor to file a statement of any unpaid post petition obligations pursuant to the terms of the Debtor's confirmed plan, Creditor is providing notice of the following outstanding post petition obligations:

1. Post petition monthly mortgage payment due March 1, 2007 in the amount of $1,197.24.
2. Outstanding bankruptcy attorney fees and costs of $700.00 (presently being repaid through the November 22, 2006 Agreed Order Conditioning Automatic Stay).
3. Broker's price opinion, in the amount of $100.00.
4. Post petition Attorney fees of $100.00.

Pursuant to the terms of the Debtors' confirmed plan, within 30 days of the service of this notice and statement, the Debtor may: (1) challenge the accuracy of this statement by motion filed with the court and notice to the holder and standing trustee and resolve the challenged items as a contested matter; or (2) file a proposed modified plan to provide for the payment of additional amounts that the Debtor acknowledges or the court determines to be due.  To the extent that amounts set forth in this statement are not determined by the court to be invalid or are not paid by the Debtor through a modified plan, Creditor's right to collect these amounts will be unaffected.

## AFFIDAVIT OF SERVICE

      The undersigned, an attorney, hereby certifies that I have served a copy of this Notice and Statement of Outstanding Payments Due upon the parties listed above, by causing same to be mailed in a properly addressed envelope, postage prepaid, from 4201 Lake Cook Rd, Northbrook, IL 60062-1060, before the hour of 5:00 PM on April 3, 2007, unless a copy was provided electronically by the Bankruptcy Court.

      /s/ Andrew E. Houha
Richard B. Aronow ARDC# 03123969
Christopher A. Cieniawa ARDC# 06187452
Andrew E. Houha ARDC# 06216265
Michael J. Kalkowski ARDC# 06185654
Josephine J. Miceli ARDC# 06243494
Fisher and Shapiro, LLC
4201 Lake Cook Rd
Northbrook, IL 60062-1060
(847)291-1717
Attorneys for Movant
06-9633D

**THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE**