```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                       CASE NO. 05 B 35201
    IMELDA R PANTE
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

          Debtor
    SSN XXX-XX-4162


-------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 09/02/2005 and was confirmed 10/19/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 10/30/2007.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                              PAID          PAID
-------------------------------------------------------------------------------
COMMONWEALTH EDISON        UNSEC W/INTER   NOT FILED            .00            .00
AT & T BANKRUPCTY          UNSEC W/INTER   NOT FILED            .00            .00
SEARS PAYMENT CENTER       UNSEC W/INTER   NOT FILED            .00            .00
MARSHALL FIELDS            UNSEC W/INTER      254.18          24.09         254.18
WELLS FARGO BANK MN        CURRENT MORTG         .00            .00            .00
INTERNAL REVENUE SERVICE   PRIORITY           1222.73         92.02        1222.73
INTERNAL REVENUE SERVICE   UNSEC W/INTER       60.52           5.68          60.52
CAPITAL ONE                UNSEC W/INTER      272.37          25.68         272.37
CAPITAL ONE                UNSEC W/INTER      406.59          38.41         406.59
WELLS FARGO BANK MN        MORTGAGE ARRE     3073.90            .00        3073.90
LAKE SHORE CONDO ASSOC     CURRENT MORTG         .00            .00            .00
LAKE SHORE CONDO ASSOC     MORTGAGE ARRE     2969.29            .00        2969.29
KOVITZ SHIFRIN & WAITZMA   NOTICE ONLY     NOT FILED            .00            .00
HARVARD COLLECTION SERVI   UNSEC W/INTER   NOT FILED            .00            .00
INTERNAL REVENUE SERVICE   PRIORITY             .00             .00            .00
INTERNAL REVENUE SERVICE   PRIORITY             .00             .00            .00
LEGAL ASSISTANCE OF CHIC   DEBTOR ATTY         .00                             .00
TOM VAUGHN                 TRUSTEE                                          489.66
DEBTOR REFUND              REFUND                                            21.88

         Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                  8,957.00

PRIORITY                                         1,222.73
    INTEREST                                        92.02
SECURED                                          6,043.19
UNSECURED                                          993.66
    INTEREST                                        93.86
ADMINISTRATIVE                                        .00

              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 05 B 35201 IMELDA R PANTE
```

```
TRUSTEE COMPENSATION                                            489.66
DEBTOR REFUND                                                    21.88
                                        ----------------   ----------------
TOTALS                                         8,957.00           8,957.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


```
                                        /s/ Tom Vaughn
  Dated: 02/28/08                       _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE
```

                            PAGE   2
        CASE NO. 05 B 35201 IMELDA R PANTE